



1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. 2:11-CR-0141 GEB
                                )
         Plaintiff,             )   ORDER TO SEAL
    v.                          )   (UNDER SEAL)
                                )
LAURA VANNOY,                   )
                                )
         Defendant.             )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: March 24, 2011

GREGORY G. HOLLOWS
~~DALE A. DROZD~~
United States Magistrate Judge