BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2771

**FILED**

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>    v.                              )<br>                                    )<br>LAURA VANNOY,                       )<br>                                    )<br>            Defendant.              )<br>_____) | CR. NO. 2:11-cr-141 GEB<br><br>ORDER TO UNSEAL |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and the Order to Seal the indictment, in the above-referenced case shall be unsealed.

DATED: March 28, 2011

_____
GREGORY G. HOLLOWS
United States Magistrate Judge