```
FILED
March 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　Plaintiff,　　　　　　　　）　　Case No. 2:11CR00141-GEB-1
v.　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　　　）　　PERSON IN CUSTODY
LAURA VANNOY,　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　Defendant.　　　　　　　　）

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release __LAURA VANNOY__, Case No. 2:11CR00141-GEB-1, Charge __18 USC § 1344__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　\_\_　Release on Personal Recognizance

　　\_\_　Bail Posted in the Sum of $_____

　　✓　Unsecured Appearance Bond $65,000.00

　　\_\_　Appearance Bond with 10% Deposit

　　\_\_　Appearance Bond with Surety

　　\_\_　Corporate Surety Bail Bond

　　✓　(Other)　　Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 28, 2011__ at __2:00 pm__.

　　　　　　　　　　　　　　　　By　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court