1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    LAURA VANNOY

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,    )
                                  )   Cr.S. 11-0141-GEB
              Plaintiff,          )
13                                )   **STIPULATION AND [PROPOSED]**
         v.                       )   **ORDER**
14                                )
     LAURA VANNOY,                )   DATE:  August 12, 2011
15                                )   TIME:  9:00 a.m.
              Defendant.          )   JUDGE: Hon. Garland E. Burrell Jr.
16                                )
     _____)
17

18

19       It is hereby stipulated and agreed to between the United States of

20   America through MATT G. MORRIS, Assistant U.S. Attorney, and defendant,

21   LAURA VANNOY, by and through his counsel, MATTHEW M. SCOBLE, Assistant

22   Federal Defender, that the status conference set for Friday, July 8,

23   2011, be continued to Friday, August 12, 2011, at 9:00 a.m..

24       The reason for this continuance is to allow defense counsel

25   additional time to review discovery with the defendant, to examine

26   possible defenses and to continue investigating the facts of the case.

27       It is further stipulated that the time period from the date of this

28   stipulation, July 6, 2011, through and including the date of the new

1   status conference hearing, August 12, 2011, shall be excluded from

2   computation of time within which the trial of this matter must be

3   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

4   (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to

5   prepare].

6   DATED: July 6, 2011            Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /s/ Matthew M. Scoble
9                                  MATTHEW M. SCOBLE
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   LAURA VANNOY
11

12
    DATED: July 6, 2011            BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Matthew M. Scoble
                                   MATT G. MORRIS
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17

18
                                **O R D E R**
19
    **IT IS SO ORDERED.**  Time is excluded from today's date through and
20
    including August 12, 2011, in the interests of justice pursuant to 18
21
    U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
22
    T4.
23

24  Dated:  July 7, 2011

25
    _____
26  GARLAND E. BURRELL, JR.
    United States District Judge
27

28

                                    2