DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LAURA VANNOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-0141-GEB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER** |
| LAURA VANNOY, | ) | DATE:  September 30, 2011 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MATT G. MORRIS, Assistant U.S. Attorney, and defendant, LAURA VANNOY, by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, September 2, 2011, be continued to Friday, September 30, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, August 29, 2011, through and including the date of the new

1  status conference hearing, September 30, 2011, shall be excluded from

2  computation of time within which the trial of this matter must be

3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

4  (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to

5  prepare].

6  DATED: August 29, 2011                Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         /s/ Matthew M. Scoble
9                                        MATTHEW M. SCOBLE
                                         Assistant Federal Defender
10                                       Attorney for Defendant
                                         LAURA VANNOY
11

12
   DATED: August 29, 2011                BENJAMIN B. WAGNER
13                                       United States Attorney

14                                       /s/ Matthew M. Scoble for
                                         MATTHEW G. MORRIS
15                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
16

17

18                             **O R D E R**

19     **IT IS SO ORDERED.**  Time is excluded from today's date through and

20  including September 30, 2011, in the interests of justice pursuant to

21  18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local

22  Code T4. The court finds that the ends of justice to be served by

23  granting a continuance outweigh the best interest of the public and the

24  defendant in a speedy trial.

25  Dated:  August 31, 2011

26
                         _____
27                       GARLAND E. BURRELL, JR.
                         United States District Judge
28

**2**