```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LAURA VANNOY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br> LAURA VANNOY,                     )<br>                                   )<br>            Defendant.             )<br> _____ ) | NO. CR.S-11-141-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;**<br>   **CONTINUING STATUS CONFERENCE**<br>       **AND EXCLUDING TIME**<br><br>Date: October 14, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for CY LAURA VANNOY, that the status conference hearing date of September 30, 2011 be vacated, and the matter be set for status conference on October 14, 2011 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 14, 2011 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 27, 2011.                Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for LAURA VANNOY

DATED: September 27, 2011.                BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 30, 2011, status conference hearing be continued to October 14, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 14, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge