DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LAURA VANNOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-141-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| LAURA VANNOY, ) | |
| ) | Date: December 16, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LAURA VANNOY, that the status conference hearing date of December 2, 2011 be vacated, and the matter be set for status conference on December 16, 2011 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 16, 2011 pursuant to 18

1  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
2  Code T4 based upon continuity of counsel and defense preparation.

3  DATED: December 1, 2011.                    Respectfully submitted,
4
                                               DANIEL J. BRODERICK
5                                              Federal Public Defender

6

7                                              /s/ Matthew Scoble
                                               MATTHEW SCOBLE
8                                              Designated Counsel for Service
                                               Attorney for LAURA VANNOY
9

10 DATED: December 1, 2011.                    BENJAMIN WAGNER
                                               United States Attorney
11

12
                                               /s/ Matthew Scoble for
13                                             MATTHEW MORRIS
                                               Assistant U.S. Attorney
14                                             Attorney for Plaintiff

15

16

17                                  ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the December 2, 2011, status conference hearing be
20 continued to December 16, 2011, at 9:00 a.m.  Based on the
21 representation of defense counsel and good cause appearing there from,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 December 16, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  December 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge