1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LAURA VANNOY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  NO. CR.S-11-141-GEB
                                 )
13              Plaintiff,       )
                                 )  **STIPULATION AND [PROPOSED] ORDER;**
14       v.                      )    **CONTINUING STATUS CONFERENCE**
                                 )      **AND EXCLUDING TIME**
15  LAURA VANNOY,                )
                                 )  Date:  December 23, 2011
16              Defendant.       )  Time:  9:00 a.m.
    _____)  Judge: Hon. Garland E. Burrell Jr.

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through

19  their respective counsel, MATTHEW MORRIS, Assistant United States

20  Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

21  LAURA VANNOY, that the status conference hearing date of December 16,

22  2011 be vacated, and the matter be set for status conference on

23  December 23, 2011 at 9:00 a.m.

24       The reason for this continuance is to allow the parties to

25  finalize the plea agreement and afford the defense sufficient time to

26  discuss the plea agreement with the defendant.

27       Based upon the foregoing, the parties agree that the time under

28  the Speedy Trial Act should be excluded from the date of signing of

1   this order through and including December 23, 2011 pursuant to 18

2   U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

3   Code T4 based upon continuity of counsel and defense preparation.

4

  DATED:   December 15, 2011.            Respectfully submitted,

5

                                       DANIEL J. BRODERICK

6                                        Federal Public Defender

7

8                                    /s/ Matthew Scoble

                                   MATTHEW SCOBLE

9                                    Designated Counsel for Service

                                   Attorney for LAURA VANNOY

10

11   DATED:   December 15, 2011.          BENJAMIN WAGNER

                                   United States Attorney

12

13

                                   /s/ Matthew Scoble for

14                                    MATTHEW MORRIS

                                   Assistant U.S. Attorney

15                                    Attorney for Plaintiff

16

17

18                              **ORDER**

19      **UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is

20   ordered that the December 16, 2011, status conference hearing be

21   continued to December 23, 2011, at 9:00 a.m.  Based on the

22   representation of defense counsel and good cause appearing there from,

23   the Court hereby finds that the failure to grant a continuance in this

24   case would deny defense counsel reasonable time necessary for effective

25   preparation, taking into account the exercise of due diligence.  The

26   Court finds that the ends of justice to be served by granting a

27   continuance outweigh the best interests of the public and the defendant

28   in a speedy trial.  It is ordered that time up to and including the

1   December 23, 2011 status conference shall be excluded from computation

2   of time within which the trial of this matter must be commenced under

3   the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

4   and Local Code T-4, to allow defense counsel reasonable time to

5   prepare.

6   Dated:   December 15, 2011

7

8   _____
    GARLAND E. BURRELL, JR.

9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28