DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LAURA VANNOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-141-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| LAURA VANNOY, | Date:  January 6, 2012 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Garland E. Burrell Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for LAURA VANNOY, that the status conference hearing date of December 23, 2011 be vacated, and the matter be set for change of plea on January 6, 2012 at 9:00 a.m.

The reason for this continuance is to allow the parties to finalize the plea agreement and afford the defense sufficient time to discuss the plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including January 6, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 22, 2011.                    Respectfully submitted,

                                                              DANIEL J. BRODERICK
                                                              Federal Public Defender

                                                              /s/ Matthew Scoble
                                                              MATTHEW SCOBLE
                                                              Designated Counsel for Service
                                                              Attorney for LAURA VANNOY

DATED: December 22, 2011.                    BENJAMIN WAGNER
                                                              United States Attorney

                                                              /s/ Matthew Scoble for
                                                              MATTHEW MORRIS
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the December 23, 2011, status conference hearing be continued to January 6, 2012, at 9:00 a.m. for change of plea. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and

including the January 6, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   December 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge