1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW M. SCOBLE, CA Bar #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  LAURA VANNOY

8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    ) No. CR. S-11-0141 GEB
14                              )
              Plaintiff,        )
15                              ) UNOPPOSED MOTION TO MODIFY BOND
        v.                      )
16                              )
   LAURA VANNOY,                )
17                              ) Time:
              Defendant.        ) Judge: Hon. Kendall J. Newman
18                              )
   _____)
19

20      LAURA VANNOY, by and through her attorney, MATTHEW M. SCOBLE,

21 Assistant Federal Defender; moves to modify the defendant's conditions

22 of release by STRIKING:

23      The surety Armand L. Macklin from the defendant's $25,000

24 unsecured appearance bond, posted 31 March 2011.

25      In support of this request, the parties submit that the defendant

26 has complied perfectly with all conditions of pre-trial release.  The

27 U.S. Pre-Trial Services Office, and the U.S. Attorney's Office have no

28 objection to the proposed modification.

```
Dated:  May 2, 2012
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Matthew M. Scoble
                                    MATTHEW M. SCOBLE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LAURA VANNOY
```

The United States of America, through its counsel, MATTHEW MORRIS, has no objection to this request.

```
Dated: May 1, 2012                  BENJAMIN B. WAGNER
                                    United States Attorney



                                    /s/ Matthew Morris
                                    _____
                                    MATTHEW MORRIS
                                    Assistant US Attorney
```

## ORDER

UPON GOOD CAUSE SHOWN, and that there is no objection, it is ordered that surety Armand L. Macklin is stricken from the unsecured bond.

Dated: May 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE