BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>LAURA VANNOY,<br><br>               Defendant. | 2:11-CR-00141-GEB<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On January 13, 2012, defendant Laura Vannoy entered a guilty plea to Counts One through Ten of the Indictment, which charges her with Bank Fraud in violation of 18 U.S.C. § 1344.

As part of her plea agreement with the United States, defendant Laura Vannoy agreed to forfeit voluntarily and immediately up to $127,033.89, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1344, to which she has pled guilty.  See Defendant Vannoy's Plea Agreement ¶ II.D.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Laura Vannoy in the amount of $124,333.89.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Laura Vannoy's conviction for violating 18 U.S.C. § 1344 (Counts One through Ten). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: 7/30/12

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

///
///
///

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Laura Vannoy in the amount of $124,333.89.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge